**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARY CONNER, Individually and as the
representative of a class of similarly situated persons,

                            Plaintiff,

Case No.   1:19-cv-1464-GHW

- against -

ATLANTIC RECORDING CORPORATION
d/b/a BrunoMars.com,

                            Defendant.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Mary Conner, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs, of the above-referenced matter against Atlantic Recording Corporation.

Dated: Brooklyn, New York
       May 23, 2019

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                                        By: _____
                                        Dan Shaked (DS-3331)
                                        44 Court St., Suite 1217
                                        Brooklyn, NY 11201
                                        Tel. (917) 373-9128
                                        Fax (718) 704-7555
                                        e-mail: ShakedLawGroup@Gmail.com