```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARY CONNER, individually and as the representative of a class of similarly situated persons,

    Plaintiff,

– against –

ATLANTIC RECORDING CORPORATION
d/b/a BrunoMars.com,

    Defendants.

**ECF Case**

**1:19-cv-1464-GHW**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Mary Conner and defendant Atlantic Recording Corporation (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

ACTIVE\53784909.v1

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: Brooklyn, New York
May 28, 2019

SHAKED LAW GROUP, P.C.

By: /s/ Dan Shaked
Dan Shaked, Esq.
44 Court Street, Suite 1217
Brooklyn, New York 11201
Telephone: (917) 373-9128
Email: shakedlawgroup@gmail.com
*Attorneys for Plaintiff*

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Gregory F. Hurley / SJK
Gregory F. Hurley, Esq.
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626
Telephone: (714) 513-5100
Email: GHurley@sheppardmullin.com
*Attorneys for Defendant*

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii). The Clerk of Court is directed to close the case.

Dated: May 29, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge